

CV-11 2602

**CIVIL RIGHTS COMPLAINT**
**42 U.S.C. § 1983**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 27 2011 ★

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**LONG ISLAND OFFICE**

------------------------------x

Ricky Lynch et al Plaintiffs, on Behalf of Themselves and All others Similarly
(See Attached Notice of Motion of Plaintiffs  Situated, Plaintiffs)

Full name of plaintiff/prisoner ID#

SEYBERT, J.
LINDSAY, M.

Plaintiff,

JURY TRIAL DEMANDED
YES ✓   NO _____

-against-

Vincent F. DeMarco, Individually and in his
Official Capacity as Sheriff of Suffolk County;
John Doe, Jane Doe, Individually and in their Official Capacity as Superintendent of Suffolk County

Enter full names of defendants
[Make sure those listed above are
identical to those listed in Part III.]

Defendants.
------------------------------------------x

I.   Previous Lawsuits:

   A.   Have you begun other lawsuits in state or federal court
        dealing with the same facts involved in this action or
        otherwise relating to your imprisonment?  Yes ( )  No (✓) except Ricky Lynch

   B.   If your answer to A is yes, describe each lawsuit in the space below
        (If there is more than one lawsuit, describe the additional lawsuits
        on another piece of paper, using the same outline.)

        1. Parties to this previous lawsuit:

           Plaintiffs:  Ricky Lynch

           Defendants:  Detective Eric Byron Shield
                        No. 992; and Kathleen Rice, District Attorney

        2. Court (if federal court, name the district;
           if state court, name the county)
           United States District Court, E.D. N.Y.

        3. Docket Number: CV-10-1252 (JS) (ARL)

1

4. Name of the Judge to whom case was assigned: __Seybert__

5. Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) __(Still Pending): Criminal Case, to first suit__ ~~(see enclosed Denial)~~

Is Still Pending in regards to The Nassau County Crime Lab    R.C. 5/24/11
Waiting for "Dismissal"

6. Approximate date of filing lawsuit: __3/16/10 To Present__

7. Approximate date of disposition: __None__

II. Place of Present Confinement: __Suffolk County Correctional Center__

   A. Is there a prisoner grievance procedure in this institution? Yes (✓) No ( )

   B. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes (✓) No ( )

   C. If your answer is YES,

   1. What steps did you take? __Grieve the Proceedings__

   2. What was the result? __None__

   D. If your answer is NO, explain why not _____

   E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes ( ) No ( )

   F. If your answer is YES,

   1. What steps did you take? _____

   2. What was the result? _____

2

III.  Parties:
(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff  Ricky Lynch et al; Plaintiffs

Address  110 Center Drive Riverhead New York 11901

(In item B below, place the full name and address of each defendant)

B. List all defendants' names and the addresses at which each defendant may be served. Plaintiff must provide the address for each defendant named.

Defendant No. 1    Office of: Vincent F. DeMarco, Individually and Official Capacity, Sheriff, 110 Center Drive Riverhead New York 11901

Defendant No. 2    Office of: John Doe, Jane Doe, Superintendents Individually and Official Capacity, 110 Center Drive, Riverhead New York 11901

Defendant No. 3    Office of: Doe Jane, Superintendent; Individually and Official Capacity, Suffolk County, 110 Center Drive, Riverhead New York 11901

Defendant No. 4    _____

Defendant No. 5    _____

[Make sure that the defendants listed above are identical to those listed in the caption on page 1].

3

IV.     Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

See Attached (enclosed Statement of facts)

IV. A    If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

All Plaintiffs, injuries Skin infections, Unknown Bumps, and Sores, Skin Rashes, Respiratory infections, And Medical treatment (Records) was received. Still being treated for injuries mention herein.

4

V.  Relief:

State what relief you are seeking if you prevail on your complaint.

$485 million in Damages in Compensatory and Punitive for Serious Pain and Suffering

I declare under penalty of perjury that on 5/25/11, I delivered this
(Date)
complaint to prison authorities to be mailed to the United States District Court for the Eastern District of New York.

Signed this 24 day of May, 20 11. I declare under penalty of perjury that the foregoing is true and correct.

K. M. M. 475-278
Derry Fenelby 129721
Dallas Johnson 226119
Modd Betler #217709
Eddie M. Sims #214999
Adan Williams #420457
Donald Briggs #461230
Robert Beinhard #461440
Felipe Rocelo #307673
Darvin R Small #398042
Theodore Xavier #458723
Christopher Adnot #386633
Londi Jackson #614356

Rick Lyghet et al Representative Parties
Signature of Plaintiff for all Plaintiffs

Suffolk County Correctional Center
Name of Prison Facility

110 Center Drive, Riverhead New York 11901

Address

092440
Prisoner ID#
Edward Keyes 642771
Joseph Hener JR. 593845
Danyl Pooce 609461
Chris White 427429
Leroy Jones 561389
Jason D Cooper 416349

5