```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
RICKY LYNCH, JERRY FINCH, JR.,
DAMIEN R. SMALL, LEROY C. JONES,
THEODORE DAVIS, MACK BUTLER, EDDIE M.
SIMS, DALLAS JOHNSON, FELIPE ROVELO,
ROBERT BERNHARD, ADAM WILLIAMS, DONALD
BANGS, EDWARD KEYES, JASON COOPER,
KEVIN M. MASSEY, DARRYL ISSAC, CALVIN          MEMORANDUM AND ORDER
FELDER, ANDREW ZEIGLER, CHESTER INGRAM,        11-CV-2602(JS)(ARL)
DONNELL STENGLE, KEVIN KING, HOWARD
DAVIS, THOMAS HARPER, DARYL MILLER,
DEWAYNE BUTLER, KEITH KING, and RAY
KELLY,

                         Plaintiffs,

            -against-

VINCENT F. DEMARCO, individually and
in his official capacity as Sheriff
of County, JOHN DOE and JANE DOE,
individually and in their official
capacity as Superintendent of Suffolk
County,

                         Defendants.
----------------------------------------X
APPEARANCES:
For Plaintiffs:    Mack Butler, 217709, pro se
                   Jason Cooper, 410349, pro se
                   Calvin Felder, 883549, pro se
                   Andrew Zeigler, 145163, pro se
                   Kevin King, 436156, pro se
                   Howard Davis, 459277, pro se
                   Daryl Miller, 364127, pro se
                   Keith King, 436122, pro se
                   Ray Kelly, 420394, pro se
                   Suffolk County Correctional Facility
                   100 Center Drive
                   Riverhead, NY 11901

                   Ricky Lynch, 11A4769, pro se
                   Leroy C. Jones, 11A4675, pro se
                   Dallas Johnson, 11A4679, pro se
                   Downstate Correctional Facility
                   Box F
                   Red Schoolhouse Road
                   Fishkill, NY 12524-2445

                   Jerry Finch, Jr., 11A3785, pro se
                   Clinton Correctional Facility
                   P.O. Box 2001
                   Dannemora, NY 12929
                   Damien R. Small, 11-A-2159, pro se
```

Sing Sing Correctional Facility
354 Hunter Street
Ossining, NY 10562

Theodore Davis, pro se
22 Bogart Street
Huntington Station, NY 11746

Eddie M. Sims, pro se
4 Ronek Drive
Amityville, NY 11701

Felipe Rovelo, 11R1687, pro se
Groveland Correctional Facility
P.O. Box 50
Sonyea, NY 14556

Robert Bernhard, pro se
104 Highview Dr.
Selden, NY 11784

Donald Bangs, 11R2402, pro se
Cape Vincent Correctional Facility
Rte. 12E
P.O. Box 739
Cape Vincent, NY 13618

Edward Keyes, 11R2324, pro se
Chester Ingram, 11R2266, pro se
Mohawk Correctional Facility
6100 School Road
P.O. Box 8451
Rome, NY 13442

Kevin M. Massey, 403942, pro se
Columbia Correctional Institution Annex
253 S.E. Corrections Way
Lake City, FL 32025

Darryl Issac, pro se
P.O. Box 386
Central Islip, NY 11722

Donnell Stengle, 10R0502, pro se
WILLARD DRUG TREATMENT CAMPUS
7116 County Road 132
P.O. Box 303
Willard, NY 14588

Adam Williams, 348203, pro se
Kirkland Reception & Evaluation Center
F1-129B
4344 Broad River Road
Columbia, SC 29210


Thomas Harper, pro se

```
                    6 Linton Ct.
                    West Babylon, NY 11704

                    Dewayne Butler, 110093/039315, pro se
                    Nassau County Correctional Center
                    100 Carman Avenue
                    East Meadow, NY 11554
```

For Defendants:     Arlene S. Zwilling, Esq.
                    Suffolk County Attorney
                    P.O. Box 6100
                    H. Lee Dennison Building - Fifth Floor
                    Hauppauge, New York 11788-0099

SEYBERT, District Judge:

Presently pending before the Court is the pro se Complaint brought by the above-named present and former inmates at the Suffolk County Correctional Facility ("SCCF") (collectively, "Plaintiffs") pursuant to 42 U.S.C. § 1983 ("Section 1983") complaining about the conditions at the SCCF. The Court sua sponte directs that the County of Suffolk provide the Court in writing with a list of those Plaintiffs that are pre-conviction, if any, together with the identities of their respective criminal defense counsel. Such information shall be provided to the Court within two (2) weeks of the date of this Order.

The Clerk of the Court is directed to mail a copy of this Order to the Plaintiffs. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of any appeal. See Coppedge v. United States, 369 U.S. 438, 444-45, 82 S. Ct. 917, 8 L. Ed. 2d 21 (1962).

                                        SO ORDERED.

                                        /s/ JOANNA SEYBERT
                                        Joanna Seybert, U.S.D.J.

Dated:      November   15  , 2011
            Central Islip, New York