UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MACK BUTLER, DASHAUN SIMS,　　　　　　　　　Docket No: 11-cv-02602 (JS)(GRB)
CLYDE LOFTON, PAUL ALVER,
KEVIN KING, and RICKEY LYNCH,
on behalf of themselves and all others
similarly situated,

　　　　　　　　　　　　Plaintiffs,
　　　　　-against-

SUFFOLK COUNTY

　　　　　　　　　　　　Defendant.
------------------------------------------------------------------X

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying Declaration of E. Christopher Murray dated August 15, 2024, the Declaration of Michael Franchi dated August 14, 2024, the accompanying memorandum of law, and all prior pleadings and proceedings in this action, Defendant Suffolk County (the "County") will move this Court before the Honorable Joanna Seybert, U.S.D.J., at the United States District Court for the Eastern District of New York located at 100 Federal Plaza, Courtroom 1030 in Central Islip, New York 11722, at 10:00 a.m. on September 10, 2024, for an Order pursuant to Rule 23 of the Federal Rules of Civil Procedure decertifying the classes previously certified by this Court pursuant to its Order dated March 19, 2013 or, in the alternative, the Court should amend the class definitions to limit the members thereof to prisoners and/or detainees housed in the SCCF for the period beginning April 5, 2009 through and including April 5, 2013, and awarding the County such other and further relief as the Court deems just and proper.

Dated: Uniondale, New York
       August 16, 2024

                                        RIVKIN RADLER LLP

                                        By: */s/ E. Christopher Murray*
                                                E. Christopher Murray
                                                Michelle A. Klein
                                                Elizabeth S. Sy
                                                Caitlyn M. Gibbons
                                      926 RXR Plaza
                                      Uniondale, New York 11556
                                      Telephone:    (516) 357-3000
                                      Facsimile:     (516) 357-3333

                                      *Attorneys for Defendant Suffolk County*

4873-2429-8708, v. 1