**VIA CM/ECF**

May 22, 2025

Hon. Anne Y. Shields
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza, Central Islip, NY 11722

Re:  *Butler v. Suffolk County*, No. 11-cv-02602 (AYS)

Dear Judge Shields:

The parties in the above-captioned matter respectfully write in connection with the settlement agreement lodged with the Court on May 19, 2025.  The parties noted that a revision to the settlement agreement the parties had agreed to was not reflected in the agreement lodged with the Court; the enclosed copy of the settlement agreement reflects the parties' intentions (specifically reflecting, in Paragraph 56 of the agreement, that the County has thirty days from the date of preliminary approval to fund the settlement account).  The parties are available at the Court's convenience to discuss further as necessary.

Respectfully submitted,

| | |
|---|---|
| /s/ Daniel H.R. Laguardia | /s/ E. Christopher Murray |
| Daniel H.R. Laguardia | E. Christopher Murray |
| John Nathanson | Michelle A. Klein |
| Elizabeth J. Stewart | Elizabeth S. Sy |
| Benjamin Klebanoff | Caitlyn Gibbons |
| ALLEN OVERY SHEARMAN STERLING US LLP | RIVKIN RADLER LLP |
| 599 Lexington Avenue | 926 RXR Plaza |
| New York, New York 10022 | Uniondale, NY 11556-0926 |
| Tel:  (212) 848-4000 | Tel:  (516) 357-3000 |
| Email:  daniel.laguardia@aoshearman.com | Email:  e.murray@rivkin.com |
| | |
| *Counsel for Plaintiff Classes* | *Counsel for Defendant Suffolk County* |

Gabriella Larios
Veronica R. Salama
NEW YORK CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street
New York, New York 10004
Tel:  (212) 607-3300
Email:  glarios@nyclu.org

*Of Counsel*