UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK (Central Islip)
----------------------------------------------------------------X
BUTLER, et al.,

                      Plaintiff,

    -against-

SUFFOLK COUNTY, et al.,

                      Defendants.
----------------------------------------------------------------X

**NOTICE OF ATTORNEY'S LIEN**
Civil Docket No:
**2:11-cv-02602-AYS**
Assigned to:
**Magistrate Judge Anne Y. Shields**

TO: The Honorable Court, Counsel of Record, and All Interested Parties:

    PLEASE TAKE NOTICE that, pursuant to applicable law, SMC Law Firm, by its Managing Attorney, **Samantha Chorny, Esq.**, hereby asserts an attorney's lien in the amount of **Fourteen Thousand Dollars ($14,000.00)** for legal services rendered to **Rickey Lynch** in connection with his criminal matter.

    It has come to the undersigned's attention that Mr. Lynch is a party to the above-referenced civil action, and that settlement or judgment proceeds may be disbursed in this matter.

    SMC Law Firm hereby asserts its lien against any such proceeds to the extent of the outstanding balance owed, and respectfully requests that counsel for Mr. Lynch, as well as any settlement administrator or other disbursing agent, account for and satisfy this lien prior to distributing funds to Mr. Lynch.

    Should the Court or any party require further documentation in support of this lien, SMC Law Firm is prepared to provide billing statements, retainer agreements, or any other relevant materials under seal or as otherwise directed.

DATED: August 14, 2025
Forest Hills, New York

Respectfully submitted,

*Samantha Chorny*
Samantha Chorny, Esq.
**SMC LAW FIRM**
Managing Attorney
113-25 Queens Blvd., Ste. 102
Forest Hills, NY 11375
Tel (718) 970-1960
SamanthaChorny@SMC.Law