## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MACK BUTLER et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>- against -<br><br>SUFFOLK COUNTY,<br><br>Defendant. | Case No. 11-cv-02602 (AYS) |

## PLAINTIFFS' NOTICE OF MOTION FOR
## FINAL APPROVAL OF THE SETTLEMENT

**PLEASE TAKE NOTICE** that upon the Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of the Settlement, the Declaration of Benjamin Klebanoff in Support of Plaintiffs' Motion for Final Approval of the Settlement and the exhibits annexed thereto, and all other papers and proceedings herein, Plaintiffs will move this Court before the Honorable Anne Y. Shields, United States Magistrate Judge, at the Alfonse M. D'Amato Federal Building, 100 Federal Plaza, Courtroom 840, Central Islip, New York 11722 on November 3, 2025, at 11:00 o'clock in the morning, for an order that will finally approve the Proposed Settlement, and for all other relief the Court deems necessary and proper.

| | | |
|---|---|---|
| Dated: | New York, New York<br>October 9, 2025 | Respectfully submitted, |

   */s/ Daniel H.R. Laguardia*
Daniel H.R. Laguardia
John Nathanson
Elizabeth J. Stewart
Benjamin Klebanoff
ALLEN OVERY SHEARMAN STERLING US LLP
599 Lexington Avenue
New York, New York 10022
Tel: (212) 848-4000
Email: daniel.laguardia@aoshearman.com

*Counsel for Plaintiff Classes*

Gabriella Larios
Veronica R. Salama
Molly Biklen
NEW YORK CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street
New York, New York 10004
Tel: (212) 607-3300
Email: glarios@nyclu.org

*Of Counsel for Plaintiff Classes*