To: United States District Court Magistrate Judge
Anne Y. Shields

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ MAR 26 2026 ★

LONG ISLAND OFFICE

RECEIVED

MAR 26 2026

EDNY PRO SE OFFICE

RECD IN PRO SE OFFICE

From: Shawn Perkins, 799851
Re: Failure to Comply with Order of Magistrate
Judge Anne Y. Shields
Date: March 23, 2026

Dear Honorable Judge Anne Y. Shields,
I am writing regards an order from
your court regarding the willing dis-
regard and inability to follow the
order of your judgement. This failure
to comply at this point is criminal
in nature and I am seeking instruction
from your court what remedy I am
left with.
In your ruling in the case of Perkins et al
-vs- Suffolk County No. 11-CV-02602 (AYS)
the court ordered therein numerous conditions
that must be met, they have not been
met (and further cannot be met) according
to New York State law regarding Health
codes violations, O.S.H.A. codes, and
this is deception that the defendants
acquiesed in that they would comply.
The level 1 and category 3 violations
under N.Y.S. law require immediate
notification and immediate evacuation
of any existing dwelling in which
these violations exist. This requires an

professional remediation with specialized equipment, and this creates an Health hazard which standard cleanup procedures are insufficient for this contamination level.

The same conditions have existed now for over twenty years and this toxic and dangerous threat should be unacceptable to the Great State of New York and the same rights afforded to the public at large be afforded to any person under the care of the Suffolk county corrections.

I implore you Judge Anne Y. Shields to revisit this order upon Suffolk county and or direct me to whom I can seek remedy from to be removed from this dangerous environment which is in violation of New York State Health conditions codes.

Respectfully Submitted

3.26

SUFFOLK COUNTY CORRECTIONAL FACILITY
110 CENTER DRIVE
RIVERHEAD, NY 11901

NAME: Shawn Perkins
#799851

MID-ISLAND NY 117

25 MAR 2026 AM 6 L

FOREVER / USA

USMS

Magistrate Judge Anne Y. Shields
United States District Court
for The Eastern District of N.Y.
100 federal Plaza
Courtroom 840
Central Islip, New York 11722

RECEIVED
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 26 2026 ★

LONG ISLAND OFFICE

11722-443800