benjamin.klebanoff@aoshearman.com
212.848.7316

**Via CM/ECF**

June 26, 2026

Hon. Anne Shields
United States District Court, Eastern District of New York
100 Federal Plaza, Central Islip, NY 11722

RE:    *Butler v. Suffolk County*, No. 11-cv-02602 (AYS)
       Letter providing additional update regarding settlement administration

Dear Judge Shields:

      We write as Class Counsel in the above captioned matter to provide an update on the settlement administration process with respect to damages claims. We previously provided an update to the Court on June 18, 2026, ECF No. 757.

      The Settlement Administrator has completed an assessment of the data we received from the County on June 17. That data includes incarceration history for 9,040 individuals that did not receive mailed notice of the settlement. While 945 of those individuals submitted a claim form, 8,905 of those individuals did not submit a claim form or otherwise seek to opt out from the settlement. Based on our review thus far, we have strong reason to believe that nearly all of these 8,905 individuals are class members and were entitled to participate in the settlement. We note that while the settlement was distributed by mail to over 55,000 individuals and publicized through a variety of means, ECF No. 732-3, we believe that it is in the interest of justice to provide mailed notice to these 8,905 individuals to ensure that they have a chance to participate in the settlement.

      At the time the County provided the data on June 17, the County indicated that there was likely a discrepancy between the individuals reflected in the June 17 dataset and the data they provided for the purpose of disseminating notice of the settlement in May 2025 but that discrepancy could be explained because the June 17 data included information for individuals who were incarcerated in portions of Yaphank that are excluded from the class definition (the "new" Yaphank facility as of 2013). While 1,244 of the 9,040 individuals who did not receive mailed notice appear to have been incarcerated for a time exclusively within the new Yaphank facility (which could potentially exclude them from the class), 100 of those 1,244 individuals appear to have also been incarcerated in Riverhead, and nearly all of them appear to have been incarcerated within a portion of Yaphank during the class period that would also make them class members. Moreover, of the 8,905 individuals that did not submit a claim form, 878 of them

**AOSHEARMAN.COM**

Allen Overy Shearman Sterling US LLP is a limited liability partnership organized under the laws of the State of Delaware. Allen Overy Shearman Sterling US LLP is affiliated with Allen Overy Shearman Sterling LLP, a limited liability partnership registered in England and Wales with registered number OC306763 and with its registered office at One Bishops Square, London E1 6AD. It is authorized and regulated by the Solicitors Regulation Authority of England and Wales (SRA number 401323). The term partner is used to refer to a member of Allen Overy Shearman Sterling LLP or an employee or consultant with equivalent standing and qualifications. A list of the members of Allen Overy Shearman Sterling LLP and of the non-members who are designated as partners is open to inspection at its registered office at One Bishops Square, London E1 6AD.
AMER_SHEARMAN/2050261997.1

appear to have been incarcerated in Riverhead during the class period—which would make them class members under any reading of the class definition—and the remaining 6,783 individuals appear to have been incarcerated within a portion of Yaphank during the class period that would also make them class members.

Again, we believe that it is in the interest of justice to provide mailed notice to the 8,905 individuals that did not receive mailed notice of the settlement and who did not submit a claim form to provide them with an opportunity to (i) opt out of the litigation or (ii) submit a claim form. We are working with the Settlement Administrator to prepare a supplemental notice, supplemental claim form, and plan for distribution. We intend to submit those materials for the Court's review and approval by July 6, 2026.

Respectfully submitted,


*/s/ Benjamin Klebanoff*
Benjamin Klebanoff