# A&O SHEARMAN

599 Lexington Avenue
New York, NY 10022-6069
Tel: +1.212.848.4000
Fax: +1.212.848.7179

benjamin.klebanoff@aoshearman.com
212.848.7316

**Via CM/ECF**

July 2, 2026

Hon. Anne Shields
United States District Court, Eastern District of New York
100 Federal Plaza, Central Islip, NY 11722

RE:    *Butler v. Suffolk County*, No. 11-cv-02602 (AYS)
       Letter motion regarding supplemental notice and settlement distribution

Dear Judge Shields:

We write as Class Counsel to provide the Court with a proposed supplemental notice, supplemental claim form, and plan for settlement distribution in conformity with Your Honor's order of June 29, 2026.

Consistent with our update of June 26, 2026, ECF No. 758, we have worked with the Settlement Administrator to prepare to mail a supplemental notice of the Settlement to the 8,905 potential Class Members identified in the dataset we received from the County on June 17, 2026. To preserve settlement funds, we propose that the form of the mailed supplemental notice be a postcard, consistent with how notice was mailed to Class Members previously. The proposed form of this notice is enclosed as Exhibit A to this letter. Given that most Class Members that have elected to participate in the Settlement simply seek a per diem award that accounts for the days that they were incarcerated in the Class Period, we propose that the postcard also include a version of the claim form that will allow Class Members to easily elect to receive such an award. Should Class Members seek to pursue the other injury awards contemplated by the Settlement, the notice directs that Class Members receiving this supplemental notice should complete the Claim Form for Supplemental Notice Recipients (and provides information to access that form), which is enclosed as Exhibit B to this letter. Both the notice and the supplemental claim form direct the newly identified potential Class Members to the settlement website, where they can review the settlement, the notices the Court approved previously, and will be able to review the applicable deadlines laid out below.

Provided that the Court approves the supplemental notice on or before 2:00 pm ET on July 7, 2026, the Settlement Administrator can mail it to Class Members on July 10, 2026. We note that disseminating the notice by this day would be beneficial because higher postage rates will take effect on July 12, 2026. To account for the time necessary to allow for these Class Members to receive the notice—including to account for typical mail delivery time, and

**AOSHEARMAN.COM**

Allen Overy Shearman Sterling US LLP is a limited liability partnership organized under the laws of the State of Delaware. Allen Overy Shearman Sterling US LLP is affiliated with Allen Overy Shearman Sterling LLP, a limited liability partnership registered in England and Wales with registered number OC306763 and with its registered office at One Bishops Square, London E1 6AD. It is authorized and regulated by the Solicitors Regulation Authority of England and Wales (SRA number 401323). The term partner is used to refer to a member of Allen Overy Shearman Sterling LLP or an employee or consultant with equivalent standing and qualifications. A list of the members of Allen Overy Shearman Sterling LLP and of the non-members who are designated as partners is open to inspection at its registered office at One Bishops Square, London E1 6AD.
AMER_SHEARMAN/2050264159.2

July 2, 2026

remailing to Class Members where the postcard is returned by the Postal Service as undeliverable—we propose that the supplemental claim form be due 60 days after the notice is mailed (so if the notice is mailed on July 10, the claim form would be due September 8, 2026). We similarly propose that if any of these individuals seek to opt-out from the settlement that they be afforded until that date to make an opt-out request. We expect that certain claim forms will be returned with deficient information and intend to work with the Settlement Administrator to send out monthly notices to allow Class Members that return deficient claim forms to have thirty days to correct those forms. Given that it has also taken several weeks for the Postal Service to return timely postmarked materials, we expect that this supplemental notice process will be substantially complete by October 16, 2026. We accordingly propose to provide a status update to the Court on October 16.

To minimize costs associated with the distribution of settlement funds (for example, postage associated with mailing checks) we propose that the Settlement Administrator be permitted to make a single disbursement of funds to Class Members (i.e., single checks to Class Members who qualify for both per diem and other individualized payments). Based on the timeline provided above, we anticipate that the Settlement Administrator will be positioned to make this disbursement in late November or early December, and expect to be better positioned to confirm that timeline when we provide a status update to the Court on October 16.

While we recognize that extending the date for disbursements to allow notice to newly identified potential Class Members is less than ideal for previously notified Class Members, we believe it is the fairest way to proceed with respect to Class Members overall. We can make ourselves available at the Court's convenience should the Court require any additional information.

Respectfully submitted,


*/s/ Benjamin Klebanoff*
Benjamin Klebanoff