# EXHIBIT A

Claims Administrator - 83221   +++
c/o Kroll Settlement Administration LLC
P.O. Box 225391
New York, NY 10150-5391

FIRST-CLASS MAIL
U.S. POSTAGE PAID
CITY, ST
PERMIT NO. XXXX

**ELECTRONIC SERVICE REQUESTED**

<<Refnum Barcode>>
Class Member ID: <<Refnum>>

**Postal Service: Please do not mark or cover barcode**

<<FirstName>> <<LastName>>
<<Address>>
<<Address2>>
<<City>>, <<ST>> <<Zip>>-<<zip4>>

**All Persons Who Are OR Were Incarcerated in the Custody of the Suffolk County Sheriff's Department AND Housed in the Suffolk County Correctional Facilities May be Entitled to Money from a proposed Settlement.**

A settlement has been reached in a class action lawsuit known as *Butler v. Suffolk County*, Case No. 11-cv-02602 (AYS) in the United States District Court for the Eastern District of New York. This Summary Notice is being sent pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the Court to inform you of that Settlement. You may be entitled to receive money from this Settlement.

**Why am I being contacted?** Records indicate that you were a detainee or inmate in Suffolk County Correctional Facilities (SCCF) between April 5, 2009, and May 27, 2025. While notice of this Settlement was initially distributed in 2025, recently obtained records suggest that you may not have received notice of the Settlement at that time.

**What is this lawsuit about?** Plaintiffs filed this lawsuit on behalf of themselves and later amended it to include a class of individuals who were subjected to allegedly unconstitutional conditions within the SCCF, jails located in Riverhead and Yaphank.

**Will I receive money from this case?** The Settlement provides for a payment of $18,000,000 (eighteen million dollars) by the County (funds that established the "Settlement Fund"), with the vast majority being reserved for distribution to the class. The Court approved certain administration costs, in addition to service awards to the lead plaintiffs and certain class members who participated in preparing the lawsuit for trial and certain expenses paid by Class Counsel in prosecuting this Action.

**How do I receive money from the Settlement Fund?** If you would like to receive money from the Settlement Fund, you must submit a Claim Form by U.S. Mail or through the Settlement Website, **www.suffolkjailslawsuit.com**, by **<<DATE>>**.

The Settlement provides for different types of awards—if you are making a claim for only a Per Diem Award, as that term is used in the Settlement, simply complete and mail the attached Per Diem Award Claim Form so that it is **postmarked by <<DATE>>.**

**What if I do not wish to be a part of this Settlement?** The Court will exclude from the Class any class member who requests exclusion. If you wish to exclude yourself from the Class, you must send a letter by First Class Mail requesting exclusion by **<<DATE>>**, to the Class Administrator. If you remain in the Class, you will be bound by a Release of Claims in the Settlement.

**What is the status of the Settlement?** The Settlement has already been approved by the Court. The Court held a Fairness Hearing on November 3, 2025, to consider whether the Settlement is fair, reasonable, and adequate. Final Approval of the Settlement was granted by the Court at the Hearing, with a final judgment dated November 10, 2025, entered on the Court's docket on November 13, 2025. The final judgement is available on the documents page of the Settlement website. No appeals were taken from the judgment.

**What happens if I do not submit a claim or request exclusion from the Settlement?** You will receive no money, and you will be unable to bring claims asserted in the lawsuit against the Defendant on your own behalf.

**Get More Information.** More details are in the Settlement Agreement, which is available for your review at the Settlement Website. You can also find answers to common questions about the Settlement and Claim Form at the Settlement Website.

**Scan to visit website**

**PLEASE DO NOT CONTACT THE COURT ABOUT THIS NOTICE.**



*A federal court has authorized this summary notice. This is not a solicitation from a lawyer.*

Postage
Required

Claims Administrator - 83221    +++
c/o Kroll Settlement Administration LLC
P.O. Box 225391
New York, NY 10150-5391

&lt;&lt;Barcode&gt;&gt;

Class Member ID: &lt;&lt;Refnum&gt;&gt;   +++

# Per Diem Award Claim Form

To submit a claim for a Per Diem Award, complete this Claim Form, tear at perforation above, and return by U.S. Mail. Alternatively, you may submit a claim online or download a Claim Form from **www.SuffolkJailsLawsuit.com**.
**Claim Forms must be submitted online or postmarked no later than <u>&lt;&lt;DATE&gt;&gt;</u>.**

Class Member ID: &lt;&lt;RefNum&gt;&gt;
&lt;&lt;firstname&gt;&gt; &lt;&lt;lastname&gt;&gt;
&lt;&lt;Address1&gt;&gt; &lt;&lt;address2&gt;&gt;
&lt;&lt;City&gt;&gt;, &lt;&lt;State&gt;&gt; &lt;&lt;Zip&gt;&gt;

If different than the preprinted data on the left, please print your correct information:

_____
Address

_____   _____   ___ ___ ___ ___ ___
City                                             State              Zip Code

**Additional Contact Details (optional):**

**Email Address:** _____ *@* _____

**Telephone Number: (___ ____ ____) ____ ____ ____ -- ____ ____ ____ ____**

Check the box below if you wish to claim a Per Diem Award. If you are seeking a **Tier 1 Special Injury Award** or **Tier 2 Special Injury Award** as those terms are used in the Settlement Agreement, <u>**do not use**</u> this postcard claim form. Instead, submit your claim online or by using the Claim Form for Supplemental Notice Recipients available on the documents page of the Settlement Website. Medical records or similar documents whose veracity may be readily determined by the Claims Administrator to demonstrate the relevant ailment suffered by the Class Member <u>must be submitted with the Claim Form.</u>

**Scan to Obtain
Claim Form for
Injury Award:**

**[QR CODE HERE]**

☐ **Per Diem Award:** Yes, I only seek to claim a Per Diem Award

*By signing this form, I declare under penalty of perjury under the laws of the United States that the information provided on this form is true and correct to the best of my knowledge, belief, and recollection.*

Signature: _____   Date (mm/dd/yyyy): ___ ___ / ___ ___ / ___ ___ ___ ___