# EXHIBIT B



8 3 2 2 1 0 0 0 0 0 0 0

## *Butler et al. v. Suffolk County*, No. 11-cv-02602 (AYS) (E.D.N.Y.)
## <u>SETTLEMENT CLAIM FORM FOR SUPPLEMENTAL NOTICE RECIPIENTS</u>

**IF YOU SUBMIT THIS CLAIM FORM BY U.S. MAIL, THE ENVELOPE *MUST BE POSTMARKED NO LATER THAN <<DATE>>*, AND MUST BE MAILED TO:**

Claims Administrator – 83221
c/o Kroll Settlement Administration LLC
P.O. Box 225391
New York, NY 10150-5391

**THIS CLAIM FORM MAY ALSO BE SUBMITTED THROUGH THE SETTLEMENT WEBSITE, WWW.SUFFOLKJAILSLAWSUIT.COM, *NO LATER THAN <<DATE>>*.**

## <u>CLASS MEMBER CONTACT INFORMATION</u>
*The information given here is private and will be used only for purposes of processing the Class Member's claim.*

_____     _____     _____
**Last Name of Class Member**                               **First Name**                                               **Middle Initial** *(optional)*

_____
**Mailing Address of Class Member**

_____
**City**                                                                        **State**                        **Zip Code**

___ ___ ___ **-** ___ ___ **-** ___ ___ ___ ___ ___          ___ **/** ___ **/** ___ ___ ___ ___
**Social Security Number or I-TIN**                                          **Date of Birth (Month / Day / Year)**

_____**@**_____
**Email Address of Class Member** *(optional)*

( ___ ___ ___ ) ___ ___ ___ **-** ___ ___ ___ ___
**Phone Number of Class Member** *(optional)*

|||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||

8 3 2 2 1 0 0 0 0 0 0 0 0

**Verification and Claim Information:**

- The Class Member was incarcerated in a Suffolk County Correctional Facility ("SCCF") (either Riverhead or Yaphank) for any amount of time on or between April 9, 2009, and May 27, 2025 (the "Class Period"). The Class Member was not housed *exclusively* in the Yaphank facility that was built in 2013 ("Yaphank 2013 Building").

- Additional information, if known, to assist in the processing of the Class Member's claim (*this additional information is optional and will not impact the Class Member's claim*):

  1.  In which facility was the Class Member housed? (*If in both facilities, select both facilities.*)

      ☐  Riverhead

      ☐  Yaphank

  2.  To the best of your knowledge, list all periods of the Class Member's incarceration in an SCCF facility (excluding the Yaphank 2013 Building) during the Class Period:

      _____

      _____

- Pursuant to the Settlement, in addition to a Per Diem Award, Damages Class Members may also apply for an award of additional damages provided the Class Member experienced a medical condition connected to the conditions of confinement present within the SCCF. A "Tier 1 Special Injury" includes death, dismemberment, or a condition requiring ongoing and significant medical treatment. A "Tier 2 Special Injury" includes hospitalization or other temporary significant medical treatment.

  ☐  I am applying for a "Tier 1 Special Injury Award" for the Class Member

  ☐  I am applying for a "Tier 2 Special Injury Award" for the Class Member

  ☐  I only seek a Pier Diem Award for the Class Member

  ***If you are seeking a Tier 1 Special Injury Award or Tier 2 Special Injury Award for a Class Member you <u>must</u> also submit medical records or similar documents whose veracity may be readily determined by the Claims Administrator to demonstrate the ailment suffered by the Class Member for which you seek an award for the Class Member. Such records and/or documents should accompany this form.***

- By signing this form, I declare under penalty of perjury under the laws of the United States that the information provided on this form is true and correct to the best of my knowledge, belief, and recollection.

_____          _____/_____/_____

*(Sign your name here)*                                                         *Date (MM/DD/YYYY)*

_____

*(Print your name here)*

_____

*(Relationship to Class Member (e.g., Self, Executor of Estate, etc.))*