**Via CM/ECF**

October 16, 2026

Hon. Anne Shields
United States District Court, Eastern District of New York
100 Federal Plaza, Central Islip, NY 11722

RE: *Butler v. Suffolk County*, No. 11-cv-02602 (AYS)
Status update regarding supplemental notice and settlement distribution, and motion regarding settlement administration

Dear Judge Shields:

Consistent with Your Honor's order of July 3, 2026, the parties write to provide the Court with an update on the supplemental notice process that the Court also approved on July 3, 2026. Class Counsel also writes with respect to additional costs incurred by the Settlement Administrator. In addition, the parties respectfully request that the Court approve the appointment of Robert W. Powitz as the Court-appointed monitor contemplated by the settlement.

**Supplemental Notice Process**

Consistent with the plan ordered by the Court, the supplemental notice was mailed to the 9,038 individuals identified in the dataset provided by the County to Class Counsel in June 2026. A total of 769 individuals submitted timely claim forms. Of those claim forms, 32 had deficiencies, and deficiency notices were distributed to give the class members who submitted deficient claim forms an opportunity to correct them. The latest date on which a corrected claim form may be transmitted to the Settlement Administrator is October 18, 2026. However, the Settlement Administrator intends to accept as timely any corrected claim form postmarked on or before October 21, 2026, to account for the U.S. Postal Service's practice of applying postmarks when mail is processed at a regional distribution facility rather than on the date of collection. The Settlement Administrator will also allow the U.S. Postal Service until November 13, 2026 to deliver any claim form postmarked on or before October 21, 2026. Thus, on or about the close of business on November 16, 2026, the Settlement Administrator expects to have identified the complete pool of class members eligible to receive settlement funds.

To allow time to perform final quality checks of the Settlement Administrator's plan for the disbursement of settlement awards, Class Counsel respectfully requests leave to provide the Court with a further update on the distribution of settlement awards on November 23, 2026.

**Settlement Administrator Costs**

As part of the settlement, the Court previously approved administrative expenses of $175,000. ECF No. 740-1 ¶ 60. The Settlement Administrator has exhausted those funds and has incurred additional expenses arising from the need to disseminate the supplemental notice and to respond to inquiries from class members at a volume far greater than estimated. Class Counsel is assessing the expenses incurred by the Settlement Administrator and, following that

review, will likely apply for an award of additional administrative expenses no later than October 30, 2026. Class Counsel does not expect that the amount requested will have a material impact on the funds available for distribution to class members.

**Appointment of Robert W. Powitz**

The Settlement Agreement provides for the appointment of an independent external expert to provide reports to the Court regarding the County's compliance with the terms of the settlement. ECF No. 740-1 ¶ 51. The parties jointly propose that the Court appoint Robert W. Powitz, whose current curriculum vitae is enclosed as Exhibit A, to serve in this role. Mr. Powitz has extensive experience assessing conditions in jails and working with jail administrators to improve those conditions.

The County will advise the Court by November 6, 2026, of a timeline and process pursuant to which Mr. Powitz will inspect the SCCF and provide the first annual report contemplated by the settlement, provided Mr. Powitz meets with the Court's approval.

* * *

Respectfully submitted,

*/s/ Benjamin Klebanoff*
John Nathanson
Benjamin Klebanoff
ALLEN OVERY SHEARMAN STERLING US LLP
599 Lexington Avenue
New York, New York 10022
Tel: (212) 848-4000
Email: john.nathanson@aoshearman.com

*Counsel for Plaintiff Classes*

Gabriella Larios
Veronica R. Salama
NEW YORK CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street
New York, New York 10004
Tel: (212) 607-3300
Email: glarios@nyclu.org

*Of Counsel*

*/s/ E. Christopher Murray*
E. Christopher Murray
Michelle A. Klein
Elizabeth S. Sy
Caitlyn Gibbons
RIVKIN RADLER LLP
926 RXR Plaza
Uniondale, NY 11556-0926
Tel: (516) 357-3000
Email: e.murray@rivkin.com

*Counsel for Defendant Suffolk County*