A&O SHEARMAN

599 Lexington Avenue
New York, NY 10022-6069
Tel: +1.212.848.4000
Fax: +1.212.848.7179

benjamin.klebanoff@aoshearman.com
212.848.7316

**Via CM/ECF**

October 30, 2026

Hon. Anne Shields
United States District Court, Eastern District of New York
100 Federal Plaza, Central Islip, NY 11722

Re: *Butler v. Suffolk County*, No. 11-cv-02602 (AYS)
Letter Motion Regarding Additional Administrative Expenses

Dear Judge Shields:

We write as Class Counsel regarding the administrative expenses incurred by the Settlement Administrator and to apply for an award of additional expenses, pursuant to Your Honor's Order dated October 26, 2026.

As noted in our correspondence of October 22, 2026, ECF No. 767, the Court previously approved administrative expenses of $175,000. ECF No. 740-1 ¶ 60. The Settlement Administrator has exhausted those funds and has incurred additional expenses arising from the need to disseminate the supplemental notice and to respond to inquiries from class members at a volume far greater than originally estimated. Class Counsel has assessed the expenses incurred by the Settlement Administrator to date, as well as the anticipated additional expenses associated with the distribution of the Settlement Fund. The Settlement Administrator has incurred approximately $120,000 in additional expenses to date and anticipates incurring further expenses in connection with the distribution of Settlement Awards. The final amount of additional expenses that may be incurred depends on the number of interactions the Settlement Administrator has with class members and the number of Settlement Awards that require additional processing efforts (to account, for example, for a class member who moved between the time the class member made a claim and the time the award is disseminated).

Class Counsel notes that the current balance of the Settlement Fund exceeds $17.7 million, which reflects earned interest and the distribution of Court-approved service awards. After accounting for the Court-approved award of attorneys' costs, over $17.2 million remains available for distribution to class members (more than the $17 million in awards originally contemplated by the Settlement Agreement).

In light of the foregoing, Class Counsel respectfully requests that the Court authorize the payment of an additional $150,000 in administrative expenses to the Settlement Administrator from the Settlement Fund. Class Counsel further requests that the Court grant Class Counsel

**AOSHEARMAN.COM**

Allen Overy Shearman Sterling US LLP is a limited liability partnership organized under the laws of the State of Delaware. Allen Overy Shearman Sterling US LLP is affiliated with Allen Overy Shearman Sterling LLP, a limited liability partnership registered in England and Wales with registered number OC306763 and with its registered office at One Bishops Square, London E1 6AD. It is authorized and regulated by the Solicitors Regulation Authority of England and Wales (SRA number 401323). The term partner is used to refer to a member of Allen Overy Shearman Sterling LLP or an employee or consultant with equivalent standing and qualifications. A list of the members of Allen Overy Shearman Sterling LLP and of the non-members who are designated as partners is open to inspection at its registered office at One Bishops Square, London E1 6AD.
AMER_SHEARMAN/2050775195.2

leave to apply for an additional award of administrative expenses, not to exceed $50,000, at the time Class Counsel recommends to the Court how to make a *cy pres* distribution of any available settlement funds, as contemplated by the Settlement Agreement.

If, after the initial distribution of Settlement Awards, it would be economical to make a redistribution of settlement proceeds to class members, such a redistribution would require additional administrative expenses. *See* ECF No. 740-1 ¶ 90. Class Counsel respectfully requests that it be granted leave to apply for funds for such a redistribution only in the event it would be economical.

Class Counsel is available at the Court's convenience should the Court require any additional information.

Respectfully submitted,

*/s/ Benjamin Klebanoff*
Benjamin Klebanoff